HON. RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON**

| | |
|---|---|
| ALEX VARDI and NAFISEH SAMSAM, | |
| *Plaintiffs,* | CASE NO. 2:17-cv-1619-RSM |
| v. | ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS |
| KIRSTJEN NIELSON, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY; L. FRANCIS CISSNA, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; CYNTHIA MUNITA, FIELD OFFICE DIRECTOR OF THE USCIS SEATTLE OFFICE; JEFFREY SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, | |
| *Defendants.* | |

Upon consideration of the parties' Stipulation to Continue Defendant's Motion to Dismiss to Friday, February 16, 2018 and to Revise Briefing Schedule, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is hereby continued to Friday, February 16, 2018. IT IS FURTHER ORDERED that the parties'

ORDER TO CONTINUE -1
CONTINUE HEARING ON
DEFENDANT'S MOTION TO DISMISS

LAW OFFICE OF JEFFREY GOLDMAN
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 488-9030 FAX (888) 282-6930

briefing schedule be as follows:

1) Plaintiff shall file and serve their opposition to the motion no later than Monday, February 12, 2018.
2) Defendants shall file and serve their reply to the opposition no later than Friday, February 16, 2018.

**IT IS SO ORDERED.**

Dated: January 22, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE -2
CONTINUE HEARING ON
DEFENDANT'S MOTION TO DISMISS

LAW OFFICE OF JEFFREY GOLDMAN
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 488-9030 FAX (888) 282-6930