UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX VARDI, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-1619-RSM<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS |

**JOINT STIPULATION**

It is hereby stipulated between the parties that Defendants may have a two-week extension to file their reply in support of their pending motion to dismiss (Dkt. #14). Good cause is shown for the extension because Defendants are currently working through the issues raised in Plaintiff's responsive memorandum, and want to provide a thorough and complete reply.

Therefore, the parties agree that Defendants may have an additional two weeks to file their reply, and Defendants' Motion to Dismiss can be renoted for March 2, 2018.

//

//

STIPULATION AND ORDER
C17-1619-RSM- 1

DATED this 15th day of February, 2018

ANNETTE L. HAYES
United States Attorney

| s/ Sarah K. Morehead | s/ Jeffrey B. Goldman |
|---|---|
| SARAH K. MOREHEAD, WSBA #29680 | Jeffrey B. Goldman, WSBA #39747 |
| Assistant United States Attorney | Law Office of Jeffrey Goldman |
| Western District of Washington | 1001 4th Avenue |
| United States Attorney's Office | Suite 3200 |
| 700 Stewart Street, Suite 5220 | Seattle, Washington 98541 |
| Seattle, Washington 98101-1271 | Phone: 206-488-9030 |
| Phone: 206-553-7970 | Fax: 888-282-6930 |
| Email: sarah.morehead@usdoj.gov | Email: jeff@jeffgoldmanlaw.com |
| Attorneys for Defendants | Attorney for Plaintiff |

## ORDER

The parties having so stipulated, it is hereby ORDERED that Defendants may have a two-week extension to file their reply. Defendants shall file their reply by March 2, 2018. The Clerk shall renote Defendants' Motion to Dismiss (Dkt. #14) for March 2, 2018.

DATED this 20 day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
C17-1619-RSM- 2

UNITED STATES ATTORNEY
United States Courthouse
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
C17-1619-RSM- 3