Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX VARDI, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Defendants. | CASE NO. 2:17-cv-1619-RSM<br><br>SECOND STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS |

**JOINT STIPULATION**

It is hereby stipulated between the parties that Defendants' motion to dismiss (Dkt. #14) may be renoted for March 16, 2018. Good cause is shown for the extension because the parties are currently working on attempting to resolve this matter without further need for the Court's involvement. Although the parties are working cooperatively and diligently, they need additional time because plaintiff's counsel has encountered delays communicating with his clients who are traveling outside the United States.

Therefore, the parties agree that Defendants' Motion to Dismiss can be renoted for March 16, 2018.

DATED this 1st day of March, 2018

ANNETTE L. HAYES
United States Attorney

| | |
|---|---|
| s/ Sarah K. Morehead | s/ Jeffrey B. Goldman |
| SARAH K. MOREHEAD, WSBA #29680 | Jeffrey B. Goldman, WSBA #39747 |
| Assistant United States Attorney | Law Office of Jeffrey Goldman |
| Western District of Washington | 1001 4th Avenue |
| United States Attorney's Office | Suite 3200 |
| 700 Stewart Street, Suite 5220 | Seattle, Washington 98541 |
| Seattle, Washington 98101-1271 | Phone: 206-488-9030 |
| Phone: 206-553-7970 | Fax: 888-282-6930 |
| Email: sarah.morehead@usdoj.gov | Email: jeff@jeffgoldmanlaw.com |
| Attorneys for Defendants | Attorney for Plaintiff |

## ORDER

The parties having so stipulated, it is hereby ORDERED that Defendants' Motion to Dismiss (Dkt. #14) shall be renoted for March 16, 2018.

DATED this 7 day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
C17-1619-RSM- 2

UNITED STATES ATTORNEY
United States Courthouse
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970