UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| ALEX VARDI and NAFISEH SAMSAM, | |
| *Plaintiffs,* | CASE NO. C17-1619 RSM |
| v. | STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE |
| KIRSTJEN NIELSON, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY; L. FRANCIS CISSNA, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; CYNTHIA MUNITA, FIELD OFFICE DIRECTOR OF THE USCIS SEATTLE FIELD OFFICE; JEFFREY SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, | |
| *Defendants.* | |

**STIPULATION**

1. Planitiffs Alex Vardi and Nafiseh Samsam move to dismiss without prejudice their claims against all Defendants pursuant to this stipulation wherein Defendant USCIS agrees to arrange for parole of Planitiff Nafiseh Samsam into the United States at on March 20, 2018 at 9:00AM, then reopen and adjudicate Plaintiff Samsam's

STIPULATION AND ORDER -1
DISMISSING CASE WITHOUT PREJUDICE
2:17-cv-1619-RSM

LAW OFFICE OF JEFFREY GOLDMAN
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Phone: (206) 488-9030 Fax: (888) 282-6930

adjustment of status application no later than March 23, 2018. Plaintiff agrees to provide Defendant USCIS with an updated Form G325A, Biographic Information, and completed Form I-693, Report of Medical Examination and Vaccination Record with laboratory results. If Plaintiffs do not provide to USCIS any of the completed documents listed in this paragraph by March 23, 2018, or if any of the information provided in those documents trigger eligibility or inadmissibility issues, then Defendant USCIS may delay adjudication until such time as the documents are completed or the issues resolved.

2. This stipulation does not constitute an admission of wrongdoing by either party.

3. Each party will bear its own attorneys' fees and costs.

4. The plaintiff reserves the right to reopen the matter in case of breach of any term of this stipulation.

Dated this 15th day of March, 2018.

Respectfully Submitted,

_____
Jeffrey B. Goldman, WSBA #39747
Attorney for Plaintiffs
1001 4th Avenue, Suite 3200
Seattle, WA 98541
Phone: (206) 488-9030
Fax: (888) 282-6930

STIPULATION AND ORDER -2
DISMISSING CASE WITHOUT PREJUDICE
2:17-cv-1619-RSM

LAW OFFICE OF JEFFREY GOLDMAN
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Phone: (206) 488-9030 Fax: (888) 282-6930

Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney

---

SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**ORDER**

Pursuant to the above stipulation; IT IS ORDERED that this action be, and hereby is, DISMISSED WITHOUT PREJUDICE.

Dated this 16th day of March 2018.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER -3
DISMISSING CASE WITHOUT PREJUDICE
2:17-cv-1619-RSM

LAW OFFICE OF JEFFREY GOLDMAN
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Phone: (206) 488-9030 Fax: (888) 282-6930